IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD NEELY, | 2:07-cv-0003-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| B.C. ADAMS, | |
| Defendant. | |
| _____/ | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's document entitled "Writ of Mandate" (Doc. 24), filed on August 24, 2007, in which he asserts that the court erred in concluding that he had failed to exhaust his administrative remedies with respect to former defendant Ramirez.

   On June 11, 2007, the court issued findings and recommendations that Ramirez be dismissed as a defendant to this action because plaintiff had not exhausted administrative remedies.  Plaintiff filed objections on June 22, 2007.  On July 24, 2007, the district judge adopted the findings and recommendations in full and dismissed Ramirez.  In the instant filing, plaintiff argues that the court should not have determined that the claims against Ramirez were unexhausted.

Because plaintiff seeks relief from the court's July 24, 2007, order, the court construes plaintiff's "Writ of Mandate" as a motion pursuant under Federal Rule of Civil Procedure 60(b). So construed, the motion is denied. Plaintiff had an opportunity to object to the magistrate judge's findings and recommendations, and in fact did so. Notwithstanding plaintiff's opposition, the findings and recommendations were adopted in full. Plaintiff's current filing does not offer anything new which would warrant relief from the July 24, 2007, order.

IT IS SO ORDERED.

Dated: December 27, 2007

GARLAND E. BURRELL, JR.
United States District Judge