IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONARD NEELY,** | Case No.: 2:07-cv-0003 GEB CMK PC |
| Plaintiff, | **ORDER** |
| v. | |
| **D. RAMIREZ, et al.,** | |
| Defendants. | |

On January 24, 2008, Defendant Adams filed a motion for extension of time to file his reply brief in support of his motion to dismiss. For good cause shown, Defendant Adams is granted an extension of time, up to and including February 25, 2008, in which to file his reply brief.

DATED: January 30, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1