IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD NEELY, | 2:07-cv-0003-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D. RAMIREZ, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On March 27, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  Timely objections to the findings and recommendations have been filed.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June March 27, 2008 are adopted in full;

2. Defendant Adams' motion to dismiss (Doc. 31) is granted;

3. This action is dismissed without prejudice; and

4. The Clerk of the Court is directed to enter judgment and close this file.

Dated: May 13, 2008

GARLAND E. BURRELL, JR.
United States District Judge